**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **RAVI LNU,**<br>　　　　　*Petitioner,*<br><br>　　v.<br><br>**JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; **MARKWAYNE MULLIN,** Secretary of the Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE,** Acting U.S. Attorney General; **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; J.L. JAMISON,** Warden, Federal Detention Center, Philadelphia,<br>　　　　　*Respondents.* | **Civil No. 26-4971** |

## <u>ORDER</u>

**AND NOW**, this 29th day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Ravi Last Name Unknown ("LNU") ("Petitioner"), it is hereby **ORDERED** as follows:

1.　　The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.　　Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.　　The Government shall **RELEASE** Petitioner from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on July 30th, 2026.

4.     The Government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.

5.     If the Government chooses to pursue re-detention of Petitioner after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge